PIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
6-29-2016
JUN 29 2016 DC

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

David J Schofield

2803 N Mozart, Chicago, Il 60618

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Garry McCarthy

Anita Alvarez

Thomas J Dart

and 'John Doe's' with leave to amend

16-cv-06821
Judge Samuel Der-Yeghiayan
Magistrate Judge Jeffrey T. Gilbert

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

### CHECK ONE ONLY:

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: David J Schofield

    B.    List all aliases: N/A

    C.    Prisoner identification number: N/A

    D.    Place of present confinement: N/A

    E.    Address: 2803 N Mozart, Chicago, Il, 60618

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Garry McCarthy

           Title: Chief of Chicago Police

           Place of Employment: 3510 S Michigan Ave, Chicago, Ill, 60653

    B.    Defendant: Anita Alvarez

           Title: Cook County States Attorney

           Place of Employment: 69 W Washington, suite 3200, Chicago, 60602

    C.    Defendant: Thomas J Dart

           Title: Cook County Sheriff

           Place of Employment: 50 W Washington, Chicago, ILL 60602

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

page 2 [b]

D.

Defendant: 'John Doe'

Title: not known

Place of Employment: not known

E.

Defendant: 'John Doe '

Title: not known

Place of Employment: not known

F.

Defendant: 'John Doe '

Title: not known

Place of Employment: not known

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: __N/A__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

D. List all defendants: __N/A__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__ M/A

F. Name of judge to whom case was assigned: _____

G. Basic claim made: __N/A__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1 on 06/30/2014 I was contacted via telephone by a detective from the Chicago Police who told me he wished to speak to me regarding complaints made by my ex wife Laura Schofield , a protected party listed on an order of rotection , which she had been granted on 06/10/2014 . I made my way to meet with the detective at 1160 N Larrabee with the order of protection . There i was immediatly arrested without probable cause by Officers Ryan[ * 6259 ] and Dragojlovich [ * 16205] and later that day charged with violation of the Order of Protection by third party contact Approval for ' probable cause ' is listed as being given by Officer Mc Donald [ * 1312] All three of these officers were working under the command and control of Garry McCarthy Then Chief of Police , Chicago Police Department

2 On 06/30/2014 , i was further charged by the same officers without probable cause with electronic harassment , prevention use of service in that they alleged Made 'threatening statements ' via the social media platform facebook to Liam Schofield which prevented him using his electronic device ,

3 On 07/01/2014 i was taken from the station at 1160 N Larrabee to court , where Assistant State ' s attorney ' s acting under the direct authority and control of Anita Alvarez , opposed my being released on my own recognizance , and I was asked for an unreasonable $ 15 ,000 bond .

4

4  On 07/01/2014   I was charged without probable cause by Assistant State's attorney's acting under the direct authority and control of Anita Alvarez with Violation of an Order of Protection by third party contact

5  On 07/01/2014   I was charged without probable cause, by Assistant State's attorneys acting under the direct authority and control of Anita Alvarez with electronic harrasment, prevention use of service

6  on 07/01/2014   I was taken from the court to the Cook County Jail where i was falsely imprisoned for 16 days by officers acting under the command and control of Thomas J Dart

7  On 09/30/2014 Assistant State's attorney Kennedy acting under the direct authority and control of Anita Alvarez did further charge me without probable cause with violation of the Order of Protection by intimidation of a dependent

5

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek from each defendant a formal apology from their respective office, a meeting with them or the person currently holding their office to discuss how they are going to instigate procedures so no one else suffers what they did to me in violating my civil rights and exemplary and punitive damages to the sum of $100,000 on each count

VI.  The plaintiff demands that the case be tried by a jury.  [X] YES  [ ] NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  29  day of  june, 20 16

_David Schofield_
(Signature of plaintiff or plaintiffs)

DAVID Schofield
(Print name)

_____
(I.D. Number)

2803 N. MOZART
60618
(Address)

6                                                    Revised 9/2007